**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:08-CV-736
DOC. 28 2/2/10

Sent To: TANYA M. BASSETT PHIPPS
Street, Apt. No.; or PO Box No.: 11809 ASHMORE COURT
City, State, ZIP+4: CINCINNATI, OH 45246

PS Form 3800, June 2002          See Reverse for Instructions

7002 3150 0000 8388 1789